UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK TAGARIELLO,

        Plaintiff,

vs.                        Case No.  2:07-cv-248-FtM-29SPC

JAMES MCDONOUGH; ARMARK FOOD SERVICE
CORPORATION,

        Defendants.
_____

**ORDER**

This matter comes before the Court upon review of Plaintiff's proposed "Order to Show Cause for a [sic] Injunction for a Temporary Restraining Order" (Doc. #7) construed as a motion, filed March 1, 2007.[1]

*Pro se* Plaintiff, who is currently in the custody of the Florida Department of Corrections, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 alleging violations of his rights under the Fair Labor Standards Act.  In the motion *sub judice*, Plaintiff requests that the Court order the Defendants "to transfer the plaintiff to the main institution," so Plaintiff will have access to the law library.  Doc. #7 at 1.  Additionally, Plaintiff requests that the Court order the Defendants not to violate Plaintiffs' constitutional rights and specifically not to retaliate against Plaintiff for filing this action.  Id. at 2.

---

[1] The motion was first filed in case number 2:07-cv-115 and transferred to the above-captioned case on May 21, 2007, to accompany Plaintiff's Complaint.

As noted by the Eleventh Circuit, the issuance of a "preliminary injunction is an extraordinary and drastic remedy that should be not be granted unless the movant clearly carries the burden of persuasion on each of [four] prerequisites." <u>Suntrust Bank v. Houghton Mifflin Co.</u>, 252 F.3d 1165, 1166 (11th Cir. 2001; <u>Four Seasons Hotels & Resorts, B.V. v. Consoricio Barr, S.A.</u>, 320 F.3d 1205, 1210 (11th Cir. 2003). The four factors Plaintiff must establish are: (i) the likelihood that the moving party will ultimately prevail on the merits of the claim; (ii) the irreparable nature of the threatened injury if the injunction is not granted; (iii) the injury outweighs the opposing parties' potential injury if relief is not granted; and (iv) the injunction would not do disservice to the public interest. <u>Four Seasons Hotels & Resorts</u> 320 F.3d at 1210; <u>Suntrust Bank</u> 252 F.3d at 1166; <u>American Red Cross v. Palm Beach Blood Bank, Inc.</u>, 143 F.3d 1407, 1410 (11th Cir. 1998); <u>see also</u> Fed. R. Civ. P. 65(b), Local Rule 4.05.

Upon review of the motion, the Court finds that Plaintiff has not demonstrated a threat of immediate and irreparable injury or loss. Plaintiff has completely failed to address any of the four factors to warrant the issuance of a preliminary injunction as required by Local Rule 4.05 (b)(4). <u>Wall v. Ferrero</u>, 142 Fed. Appx. 405 (11th Cir. 2005). Plaintiff is encouraged to follow the policies established at the institution regarding access to the law library and requesting legal materials.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's proposed "Order to Show Cause for a [sic] Injunction for a Temporary Restraining Order" (Doc. #7) construed as a motion is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this __4th__ day of June, 2007.

_____
JOHN E. STEELE
United States District Judge

SA: alj

Copies: All Parties of Record